**Official Form 1 (04/10)**

| United States Bankruptcy Court<br>*CENTRAL DISTRICT OF CALIFORNIA* | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>*Hanour Corporation,*<br>*a California Corporation* | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>*aka Shark Club* | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) Complete EIN (if more than one, state all): *33-0369740* | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>*841 Baker Street*<br>*Costa Mesa CA*  ZIPCODE *92626* | Street Address of Joint Debtor (No. and Street, City, and State):  ZIPCODE |
| County of Residence or of the Principal Place of Business: *Orange* | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>*SAME*  ZIPCODE | Mailing Address of Joint Debtor (if different from street address):  ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above): *SAME*  ZIPCODE | |

**Type of Debtor** (Form of organization) (Check **one** box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business** (Check **one** box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other  *Night Club*

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- [x] Debts are primarily business debts.

**Chapter 11 Debtors:**
Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| [x] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |

**Estimated Assets**

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [x] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

**Estimated Liabilities**

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [x] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): *Hanour Corporation, a California Corporation* |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years**   (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: *NONE* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**   (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: *NONE* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☒ Exhibit A is attached and made a part of this petition | X _____   *1/6/2011* Signature of Attorney for Debtor(s)     Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

Official Form 1 (04/10) FORM B1, Page 3

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Hanour Corporation,<br>a California Corporation |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

1/6/2011
(Date)

### Signature of Attorney*

X *(signed)*
Signature of Attorney for Debtor(s)

Robert P. Goe 137019
Printed Name of Attorney for Debtor(s)

Goe & Forsythe, LLP
Firm Name

GOE & FORSYTHE, LLP
Address

18101 Von Karman Av, Suite 510

Irvine CA 92612

(949) 798-2460
Telephone Number

1/6/2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110 (h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *(signed)*
Signature of Authorized Individual

Jon Hanour
Printed Name of Authorized Individual

CFO
Title of Authorized Individual

1/6/2011
Date

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
## Santa Ana DIVISION

In re *Hanour Corporation*
    *a California Corporation*
      *aka Shark Club*

Case No.
Chapter *11*

_____,
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>*Baker Street Properties, LLC*<br>*411 North Main Street*<br>*Janesville WI   53545* | Phone: *680-754-3385*<br>*Baker Street Properties, LLC*<br>*411 North Main Street*<br>*Janesville WI   53545* | | | $ *325,125.46* |
| 2<br>*Internal Revenue Service*<br>*PO Box 7346*<br>*Philadelphia PA   19101-7346* | Phone:<br>*Internal Revenue Service*<br>*PO Box 7346*<br>*Philadelphia PA   19101-7346* | | | $ *119,740.00* |
| 3<br>*State Board of Equalization*<br>*PO Box 942879*<br>*Sacramento CA   94279-0090* | Phone:<br>*State Board of Equalization*<br>*PO Box 942879*<br>*Sacramento CA   94279-0090* | | | $ *52,746.45* |
| 4<br>*Hennessy & Walker Group, PC*<br>*217 Washington Street*<br>*Toms River NJ   08753* | Phone: *735-505-4800*<br>*Hennessy & Walker Group, PC*<br>*217 Washington Street*<br>*Toms River NJ   08753* | | | $ *20,000.00* |
| 5<br>*Liberty Int'l Underwriters*<br>*Lamont Hanley & Associates Inc*<br>*1138 Elm Street/PO Box 179*<br>*Manchester NH   03101* | Phone: *800-639-2204*<br>*Liberty Int'l Underwriters*<br>*Lamont Hanley & Associates Inc*<br>*1138 Elm Street/PO Box 179*<br>*Manchester NH   03101* | | | $ *19,834.00* |

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>EDD<br>PO Box 826276<br>Sacramento CA   94230-6276 | Phone:<br>EDD<br>PO Box 826276<br>Sacramento CA   94230-6276 | | | $ 19,000.00 |
| 7<br>American International Recovry<br>PO Box 3150<br>Alpharetta GA   30023 | Phone: 800-547-2409<br>American International Recovry<br>PO Box 3150<br>Alpharetta GA   30023 | | | $ 18,291.71 |
| 8<br>Hollins*Schechter<br>1851 East First Street<br>Santa Ana CA   92705-4017 | Phone: 714-558-9119<br>Hollins*Schechter<br>1851 East First Street<br>Santa Ana CA   92705-4017 | | | $ 15,027.00 |
| 9<br>State Compensation Insurance<br>Insurance Fund<br>PO Box 7854<br>San Francisco CA   94120-7854 | Phone:<br>State Compensation Insurance<br>Insurance Fund<br>PO Box 7854<br>San Francisco CA   94120-7854 | | | $ 9,002.50 |
| 10<br>Southern Wine & Spirits<br>File 56002<br>Los Angeles CA   90074-6002 | Phone: 800-282-4797<br>Southern Wine & Spirits<br>File 56002<br>Los Angeles CA   90074-6002 | | | $ 7,760.99 |
| 11<br>Reef Systems, Inc.<br>2931 Grace Lane<br>Unit G<br>Costa Mesa CA   92626 | Phone: 714-751-3474<br>Reef Systems, Inc.<br>2931 Grace Lane<br>Unit G<br>Costa Mesa CA   92626 | | | $ 5,368.94 |
| 12<br>Transworld Systems<br>PO Box 12103<br>Trenton NJ   08650 | Phone: 888-446-4733<br>Transworld Systems<br>PO Box 12103<br>Trenton NJ   08650 | | | $ 5,327.00 |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 13<br>Paul's Bar Supply<br>505 South Seventh Avenue<br>La Puente CA   91746 | Phone: 888-430-6300<br>Paul's Bar Supply<br>505 South Seventh Avenue<br>La Puente CA   91746 | | | $ 5,011.59 |
| 14<br>Chism HVAC/R, Inc.<br>PO Box 3508<br>Huntington Beach CA   92605-3508 | Phone: 714-662-4476<br>Chism HVAC/R, Inc.<br>PO Box 3508<br>Huntington Beach CA   92605-3508 | | | $ 3,585.35 |
| 15<br>Belden Hutchison & Co., LLP<br>125 East Baker Street<br>Suite 280<br>Costa Mesa CA   92626 | Phone: 714-556-8140<br>Belden Hutchison & Co., LLP<br>125 East Baker Street<br>Suite 280<br>Costa Mesa CA   92626 | | | $ 3,167.53 |
| 16<br>BMI<br>PO Box 406741<br>Atlanta GA   30384-6741 | Phone: 888-492-6264<br>BMI<br>PO Box 406741<br>Atlanta GA   30384-6741 | | | $ 2,697.06 |
| 17<br>Harbor Distributing<br>Department 2685<br>Los Angeles CA   90084-2685 | Phone: 714-259-0556<br>Harbor Distributing<br>Department 2685<br>Los Angeles CA   90084-2685 | | | $ 1,913.39 |
| 18<br>ASCAP<br>21678 Network Place<br>Chicago IL   60673-1216 | Phone: 800-505-4052<br>ASCAP<br>21678 Network Place<br>Chicago IL   60673-1216 | | | $ 1,807.66 |
| 19<br>Giant Produce<br>779 West 19th Street<br>Suite O<br>Costa Mesa CA   92627 | Phone: 949-722-0160<br>Giant Produce<br>779 West 19th Street<br>Suite O<br>Costa Mesa CA   92627 | | | $ 1,308.34 |
| 20<br>Kryogenifex, Inc.<br>PO Box 211<br>Key Biscayne FL   33149 | Phone: 305-860-8000<br>Kryogenifex, Inc.<br>PO Box 211<br>Key Biscayne FL   33149 | | | $ 1,158.00 |

B4 (Official Form 4) (12/07)

_____ ,
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, *Jon Hanour* _____, *CFO* _____ of the *Corporation* _____ named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.

Date: *1/6/2011*   Signature _____
                   Name: *Jon Hanour*
                   Title: *CFO*

```
Hanour Corporation
841 Baker Street
Costa Mesa  CA  92626



Robert P  Goe
GOE & FORSYTHE  LLP
18101 Von Karman Av  Suite 510
Irvine  CA  92612



United States Trustee
411 West Fourth Street
Suite 9041
Santa Ana  CA  92701-8000
```

```
Advanced Restaurant Supply
337 West Grove Avenue
Orange   CA   92865




American International Recovry
PO Box 3150
Alpharetta   GA   30023




ASCAP
21678 Network Place
Chicago   IL   60673-1216




Baker Street Properties   LLC
411 North Main Street
Janesville   WI   53545




Belden Hutchison & Co   LLP
125 East Baker Street
Suite 280
Costa Mesa   CA   92626




BMI
PO Box 406741
Atlanta   GA   30384-6741




Chism HVAC/R   Inc
PO Box 3508
Huntington Beach   CA   92605-3508




EDD
PO Box 826276
Sacramento   CA   94230-6276
```

```
Giant Produce
779 West 19th Street
Suite O
Costa Mesa   CA   92627



Gordon Bricken & Assoc
1621 East Seventeenth Street
Suite K
Santa Ana   CA   92705



Harbor Distributing
Department 2685
Los Angeles   CA   90084-2685



Hennessy & Walker Group   PC
217 Washington Street
Toms River   NJ   08753



Hollins*Schechter
1851 East First Street
Santa Ana   CA   92705-4017



Internal Revenue Service
PO Box 7346
Philadelphia   PA   19101-7346



Kryogenifex   Inc
PO Box 211
Key Biscayne   FL   33149



Liberty Int'l Underwriters
Lamont Hanley & Associates Inc
1138 Elm Street/PO Box 179
Manchester   NH   03101
```

```
Paul's Bar Supply
505 South Seventh Avenue
La Puente   CA   91746



Reef Systems   Inc
2931 Grace Lane
Unit G
Costa Mesa   CA   92626



SeSAC   Inc
55 Music Square East
Nashville   TN   37203



Southern Wine & Spirits
File 56002
Los Angeles   CA   90074-6002



State Board of Equalization
PO Box 942879
Sacramento   CA   94279-0090



State Compensation Insurance
Insurance Fund
PO Box 7854
San Francisco   CA   94120-7854



Transworld Systems
PO Box 12103
Trenton   NJ   08650



US Attorney's Office - Los Angeles
312 North Spring Street
Los Angeles   CA   90012
```